Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUMA BARNES, AN INDIVIDUAL,<br><br>    PLAINTIFF,<br><br>    VS.<br><br>HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    DEFENDANTS. | Case: 3:13-cv-03227-~~EDL~~ **SC**<br><br>[~~Proposed~~] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND FOR PRELIMINARY INJUNCTION<br><br>DATE: July 23, 2013<br>TIME: 9:00 am<br>CTRM: E, 15th Floor<br><br>Hon. Judge ~~Elizabeth D. Laporte~~ **Samuel Conti** |

    Plaintiff applies for issuance of a Temporary Restraining Order and Preliminary Injunction, enjoining and preventing Defendants HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY; AND DOES 1 THROUGH 100, INCLUSIVE, and each of them, and their agents, assigns, and/or transferees, from completing the foreclosure of the real property located at 30 Vernal Court, Alamo, CA 94507, APN No. 192-360-

[Proposed] ORDER

- 1

003-3. If a Temporary Restraining Order and Preliminary Injunction are not granted, Plaintiff will lose their residence. They will be irreparably harmed as a result.

The Court, having reviewed the application for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities, the Declaration of Megan Dailey, and all other documents on file herein,

IT IS HEREBY ORDERED THAT:

Defendants HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY; AND DOES 1 THROUGH 100, INCLUSIVE, and their agents, assigns and/or transferees, are hereby enjoined from completing the foreclosure of the real properties located at 30 Vernal Court, Alamo, CA 94507, APN No. 192-360-003-3, encumbering or transferring any right, title, or interest in the property, or taking any other enforcement actions, until trial is complete, or until further Order of this Court.

The hearing for the request for Preliminary Injunction shall be heard in Ctrm 1 of the above-entitled Court at 10:00 a.m., on August 9, 2013.

Defendants shall file their Opposition, if any, by ~~July __, 2013~~ August 2, 2013.

Plaintiffs shall file their Reply brief, if any, by ~~July __, 2013~~ August 7, 2013.

Other Orders:

Dated: July 26, 2013

_____
CHIEF MAGISTRATE LAPORTE



[Proposed] ORDER

- 2 -