**FILED**

AUG 0 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUMA BARNES, AN INDIVIDUAL, <br><br> PLAINTIFF, <br><br> VS. <br><br> HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY; AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> DEFENDANTS. | Case: 3:13-cv-03227-SC <br><br> [~~Proposed~~] ORDER GRANTING PRELIMINARY INJUNCTION <br><br> DATE: August 9, 2013 <br> TIME: 10:00 am <br> CTRM: I, 17th Floor <br><br> Hon. Sr. District Judge Samuel Conti |

Plaintiff having for issuance of a Temporary Restraining Order and Preliminary Injunction, enjoining and preventing Defendants HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY; AND DOES 1 THROUGH 100, INCLUSIVE, and each of them, and their agents, assigns, and/or transferees, from completing the foreclosure of the

[Proposed] ORDER

1 | real property located at 30 Vernal Court, Alamo, CA 94507, APN No. 192-360-003-3;

The Court, having reviewed the [Unopposed] application for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities, the Declaration of Megan Dailey, and all other documents on file herein,

IT IS HEREBY ORDERED THAT:

Defendants HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY; AND DOES 1 THROUGH 100, INCLUSIVE, and their agents, assigns and/or transferees, are hereby enjoined from completing the foreclosure of the real properties located at 30 Vernal Court, Alamo, CA 94507, APN No. 192-360-003-3, encumbering or transferring any right, title, or interest in the property, or taking any other enforcement actions, until trial is complete, or until further Order of this Court.

Other Orders:

Dated: August 9, 2013

_____
SR. DISTRICT JUDGE SAMUEL CONTI

[Proposed] ORDER

- 2 -