Michael Yesk, Esq. CA Bar No. 130056
Megan Ann Dailey, Esq. CA Bar No. 221574
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
Telephone: (925) 849-5525

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMA BARNES<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; FIDELITY NATIONAL TITLE COMPANY<br><br>    Defendants-Appellees. | Case No: 3:13-cv-03227-RS<br><br>Assigned to: Hon. Judge Richard Seeborg<br>   ORDER<br>STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE RESPONSE TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO RE-SET MOTION TO DISMISS<br><br>Civil Local Rule 7-12 |

TO ALL COUNSEL AND THIS HONORABLE COURT:

WHEREAS, Plaintiff's RESPONSE TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT is due May 5, 2016, for filing and, Plaintiff's Counsel requests an extension of time due to the emergency filing of a restraining order in another matter pending before this court;

WHEREAS, Plaintiffs' Counsel requested a short extension of time of two weeks to file a response to the Motion;

STIPULATION TO EXTEND
PLAINTIFF'S TIME TO FILE RESPONSE TO MOTION TO DISMISS PLAINTIFF'S
COMPLAINT AND TO RE-SET MOTION TO DISMISS
- 1

Counsel for Plaintiff and moving parties, Defendants HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC. stipulate and agree to entry of an order allowing Plaintiff to file a RESPONSE TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT by May 19, 2016 and Defendant to file a reply by June 2, 2016 and to re-set the hearing on the MOTION TO DISMISS to June 16, 2016 at 1:30 pm.

///

Dated: May 3, 2016        */s/ Megan Ann Dailey*

Counsel for Plaintiff Numa Barnes

Dated:  May 3, 2016       */s/ James Magid*
Counsel for Defendants HOMEWARD RESIDENTIAL, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.

**ORDER**

The above STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE RESPONSE TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO RE-SET MOTION TO DISMISS is approved for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:  5/5/16

Hon. Judge Richard Seeborg