UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMA BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>HOMEWARD RESIDENTIAL, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-03227-RS<br><br>**JUDGMENT** |

Pursuant to the order granting the motion to dismiss entered this date, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

Dated: December 5, 2016

RICHARD SEEBORG
United States District Judge